935 F.2d 1282
 Purvin (Jack M., M.D.)
v.
Bergens (Dr. Stanley), Islami (Dr. Abdul), Islami
Foundation, Janousek (Mr.), State Board of Medicine of New
Jersey, Bullock (Dr.), National Residency Match Program,
American Medical Association, Casterline (Ray, M.D.), Carson
(Janet, Esq.), Educational Commission for Foreign Medical
Graduates, N.J State Board of Medical Examiners
 NO. 91-5000
 United States Court of Appeals,
Third Circuit.
 MAY 23, 1991
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.